1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN D. CARR,

Defendant.

NO.   MJ24-484 SKV

COMPLAINT FOR VIOLATIONS:
18 U.S.C. § 2251(a), (e)

BEFORE, the Honorable S. Kate Vaughan, United States Magistrate Judge, U.S.

Courthouse, Seattle, Washington.

**COUNT 1**
**(Production of Child Pornography)**

On or about May 2024, in King County, within the Western District of

Washington, and elsewhere, JUSTIN D. CARR, employed, used, persuaded, induced,

enticed, or coerced any minor to engage in, or who has a minor assist any other person to

engage in, or who transports any minor in or affecting interstate or foreign commerce, or

in any Territory or Possession of the United States, with the intent that such minor engage

in, any sexually explicit conduct for the purpose of producing any visual depiction of

such conduct or for the purpose of transmitting a live visual depiction of such conduct,

shall be punished as provided under subsection (e), if such person knows or has reason to

know that such visual depiction will be transported or transmitted using any means or

COMPLAINT/*United States v. CARR* - 1
USAO# 2024R00933

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | facility of interstate or foreign commerce or in or affecting interstate or foreign

2 | commerce or mailed, if that visual depiction was produced or transmitted using materials

3 | that have been mailed, shipped, or transported in or affecting interstate or foreign

4 | commerce by any means, including by computer, or if such visual depiction has actually

5 | been transported or transmitted using any means or facility of interstate or foreign

6 | commerce or in or affecting interstate or foreign commerce or mailed. All in violation of

7 | Title 18, United States Code, Section 2251(a), (e).

8 | And the complainant states that this Complaint is based on the following

9 | information:

10 | I, Federal Bureau of Investigation (FBI) Task Force Officer, Adele O'Rourke,

11 | being duly sworn under oath, depose and say:

12 | **INTRODUCTION**

13 | 1. I am a commissioned law enforcement officer for the City of Renton Police

14 | Department, currently assigned to the Investigations Division. I am currently a detective

15 | assigned to the Major Crimes Unit, where I am tasked with investigating a variety of

16 | crimes against children to include but not limited to electronic-facilitated crimes against

17 | children, sexual exploitation of children, and depictions of minors engaged in sexually

18 | explicit conduct. I also assist in the investigation of major crimes, including but not

19 | limited to robbery, homicide, and assault. I am familiar with and regularly utilize various

20 | social media applications and programs in my role as an investigator. Before my

21 | investigation assignment, I was assigned to patrol operations, working as a patrol officer

22 | for 2.5 years. I have been a police officer since September 2016 and am a graduate of

23 | Cornell University. I have over 754 hours of basic law enforcement training, as well as

24 | numerous other hours of advanced law enforcement training, mostly trained through

25 | Washington State Criminal Justice Training Commission (WSCJTC). I have attended

26 | numerous trainings including Death Investigations via the National Criminal Justice

27 | Training Center, ICAC Undercover Concepts and Techniques via the National Criminal

28 | Justice Training Center, and the NW Regional ICAC Conference for 2020, 2021, and

COMPLAINT/*United States v. CARR* - 2
USAO# 2024R00933

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  2022. In 2022 I completed the Specialist Interview Course and Advanced Specialist

2  Interview Course via Forensic Solutions and the WA Internet Crimes Against Children

3  Taskforce. In November 2023 I was sworn and deputized as a Task Force Officer with

4  the Federal Bureau of Investigation, in the Violent Crimes Against Children unit.

5  I have received training in the area of child pornography and child exploitation and have

6  had the opportunity to observe and review numerous examples of child pornography (as

7  defined in 18 U.S.C. § 2256) in all forms of media including cellular device media.

8  Moreover, I am a federal law enforcement officer who is engaged in enforcing the

9  criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by

10  law to request a search warrant.

11        2.     The facts set forth in this Complaint are based on my own personal

12  knowledge; knowledge obtained from other individuals during my participation in this

13  investigation, including other law enforcement officers; review of documents and records

14  related to this investigation; communications with others who have personal knowledge

15  of the events and circumstances described herein; and information gained through my

16  training and experience.  I have not set forth all facts known to me as a result of this

17  investigation but only those facts I believe necessary to establish probable cause to

18  conclude that JUSTIN D. CARR, committed the offense(s) charged in this Complaint.

19

20  **SUMMARY OF THE INVESTIGATION**

21        3.     In July 2024, I received information from the Las Animas County Sheriff's

22  Office in Colorado concerning an individual who had been in possession of child sexual

23  exploitation material, with the child identified as MV1, the 4-year-old daughter of the

24  suspect's girlfriend.  The suspect was identified by law enforcement as JUSTIN D.

25  CARR (DOB XX/XX/1988).

26        4.     I learned the following from the relevant Las Animas Sheriff's Office

27  reports. On May 14, 2024, Las Animas County Sheriff's Office were dispatched to

28  Interstate 25 Mile Marker 35 which lies within the county of Las Animas, State of

COMPLAINT/*United States v. CARR* - 3
USAO# 2024R00933

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Colorado. Dispatch advised that a female party was reporting that MV1 was raped by the

2  reporting party's boyfriend, CARR, and she found photos on his phone of the act. Deputy

3  Apple placed CARR in the back of her patrol vehicle so he would not be struck by traffic

4  in the area.  Deputy Cantoria arrived after CARR was secured. Deputy Cantoria spoke to

5  the reporting party identified as Daniele M. Courtright. Courtright said that she had been

6  closing out applications on CARR's phone, when she noticed an explicit photo in his

7  "photos" application. When she further examined the photo, she noted that it was of

8  CARR's penis engaged in a sexual act with her 4-year-old daughter, MV1. Courtright

9  then showed Deputy Cantoria three photographs with what appeared to be an adult man's

10 penis penetrating the vaginal area of a small child. CARR's face was visible in one of the

11 three photos. The photos were timestamped for May 11, 2024 at 0825 hours. They also

12 had the location stamped as Benson Hill, Renton WA. Renton, WA is in the County of

13 King, State of Washington.

14        5.       CARR was placed into custody by Las Animas Sheriff's Office for

15 possession of child pornography. Daniele and MV1 were then assisted with getting to

16 Parkview Medical Center in Pueblo, Colorado for a sexual assault exam.

17        6.       Deputy Cantoria and Deputy Romero conducted an interview with CARR

18 on May 14, 2024. CARR was brought into the interview room at approximately 1840

19 hours and the interview began. Deputy Romero read CARR his Miranda rights and Carr

20 placed his initials on the Miranda Rights form provided by las Animas County Sheriff's

21 office. CARR said "Okay I did it one time… I'll confess I did it one time." CARR said

22 that he did not know what he was thinking and that he was in a lot of pain from moving

23 and he did not know and blacked out. When asked what day this was, CARR said maybe

24 Friday or Saturday. Deputy Romero asked CARR to clarify what he did. CARR said he

25 laid his "thing" against hers. When asked to clarify what CARR meant by "thing" he said

26 that it was his penis and confirmed he meant next to her vagina.  CARR was asked if he

27 was the individual as shown in the photos and he said that he was. CARR denied

28 penetration and denied ejaculation.

COMPLAINT/*United States v. CARR* - 4
USAO# 2024R00933

CARR's cellular device where the images were seen was taken into evidence by Las Animas County Sheriff's Office. A search warrant was served on the device, in order to view and extract data from the device, to include the data from January 1, 2024 to May 11, 2024. There were numerous images from this extraction, to include approximately six images (some potential duplicates) of what was believed to be the suspected child exploitation material. One such file is described below:

> *File Name 5005_3: This is .jpg file which shows an adult male's face in the background of the picture. The male is white, with darker hair and eyebrows, and his gaze is down toward the camera angle. The camera is directly pointed to the adult male's naked genital area, where his erect penis is clearly seen in the image. The adult male's erect penis is seen inserted into the naked vaginal area of the white female child. The female child's nude buttocks fits in the hand of the adult male, who is grabbing it, and looks to be squeezing the area. The female child's anus is also seen in the image, and a notable red rash can be seen in this area.*

7.      The cellular device belonging to CARR, which was found to contain child sexual exploitation material, is described as an Apple iPhone 14 Plus. According to an internet search, Apple primarily manufactures iPhones in China and Taiwan.

8.      On July 29, 2024, a Child Forensic Interview was completed in Texas, where MV1 is currently residing with her mother. The interview was completed by Child Adolescent Forensic Interviewer, Janetta Michaels, of the Federal Bureau of Investigation. MV1 confirmed that she refers to CARR as her "Daddy". MV1 talked about CARR punching her, and when asked where he punched her, MV1 lifted up her left leg and pointed her left finger to her vaginal area. When asked what she called this area she responded stating it was her "Coo Coo". When asked what CARR used to punch her "Coo Coo", MV1 stated "a broom." Additionally, MV1 stated CARR took off her panties and her pants and touched her "Coo Coo" with his "Pee Pee." When shown a diagram of a female without clothing on, MV1 pointed to the vaginal area, saying that was called a

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   "Coo Coo". MV1 said that when CARR touched her "Coo Coo," it "hurt a lot". When

2   asked if CARR ever made MV1 do anything with her mouth, she said that CARR

3   "squished" her throat. MV1 demonstrated this by showing two hands in front of her,

4   interlacing her fingers, and squeezing her hands together. MV1 said while this was

5   happening CARR said he was sorry. MV1 said CARR touched her "Coo Coo" with his

6   "Pee Pee" more than one time. MV1 was shown a few images that had been obtained

7   from CARR's cellular device pursuant to a search warrant. The images were of suspected

8   child sexual exploitation material, depicting MV1 with CARR. MV1 was shown an

9   image and pointed to it saying it was of a "Coo Coo". MV1 said it was her "Coo Coo".

10   When asked about the face seen in the image, she identified CARR saying it was her

11   "Dad." MV1 also identified the hands and buttocks shown in the image as belonging to

12   her "Dad". Another photograph was shown to MV1, where she identified a "butt" and a

13   "Coo Coo". MV1 said that the "Coo Coo" was "Dad's," and that the "butt" was hers

14   because it started to get red. MV1 identified the fingers in the image as belonging to Dad.

15   MV1 said that when the image was happening, she was angry.

16

17   /

18

19   /

20

21   /

22

23   /

24

25   /

26

27   /

28

COMPLAINT/*United States v. CARR* - 6
USAO# 2024R00933

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

9.    Based on the above facts, I respectfully submit that there is probable cause to believe that JUSTIN D. CARR, committed the offense(s) charged in this Complaint.

ADELE O'ROURKE, Complainant
FBI TASK FORCE OFFICER

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offense(s) set forth in the Complaint.

Dated this ___13th___ day of August, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

COMPLAINT/*United States v. CARR* - 7
USAO# 2024R00933

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970